# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **RICHARD MARR,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:20-cv-273-RAS-KPJ |
| § | |
| **COLLIN COUNTY DETENTION** § | |
| **CENTER** *et al.*, § | |
| § | |
| **Defendants.** § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 19 and 23, 2021, the reports of the Magistrate Judge (Dkts. #64, #66) were entered containing proposed findings of fact and recommendations that Defendants Collin County Detention Center, Lieutenant Ryan Griggs, Lieutenant Tami McCullough, Deputy FNU Franklin, Deputy FNU Peters, Deputy FNU Dockery, Deputy FNU Wagner, and Deputy FNU Anderson's (collectively, the "Moving Defendants") Motions to Dismiss (Dkts. #38, #40) should be granted for failure to state a claim.

Additionally, on August 16, 2021, the Magistrate Judge entered a third report (Dkt. #70), which recommended that Plaintiff's claims against Defendants Deputy Kyle Babcock, Deputy FNU Cuba, Deputy FNU Cramwell, and "Kitchen/Chaplain" (collectively, the "Non-Moving Defendants") be dismissed without prejudice for want of prosecution.

Having received the reports of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Moving Defendants' Motions to Dismiss (Dkts. #38, 40) are **GRANTED**, and Plaintiff's claims against the Moving Defendants are **DISMISSED**.

It is further **ORDERED** that Plaintiff's claims against the Non-Moving Defendants are **DISMISSED** without prejudice for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this the 11th day of September, 2021.**

*[Signature: Richard A. Schell]*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE